UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MWH INTERNATIONAL, INC.,

                Plaintiff,

-against-

INVERSORA MURTEN, S.A.,
ENERGOPROJEKT HOLDING COMPANY,
and ENERGOPROJEKT
HIDROINZENJERING CO., LTD.

                Defendants.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/13

11 Civ. 2444 (HB) (FM)

MEMORANDUM ORDER

**Hon. HAROLD BAER, JR., District Judge:**

      Before me is the July 16, 2013 Report & Recommendation of the Honorable Frank Maas, United States Magistrate Judge, on Plaintiff MWH International, Inc.'s motion for attorney's fees and costs. Judge Maas determined that Plaintiff's motion should be granted in the amount of $26,338.98 and awarded against the interpleader fund. In that Report, Judge Maas gave the parties fourteen days from service in which to file any objections. No party filed an objection within that time.

      I may adopt those portions of a magistrate judge's report to which no objections have been made and which are not clearly erroneous. *See* Fed. R. Civ. P. 72(a); *Ideal Steel Supply Corp. v. Anza*, No. 02 Civ. 4788, 2012 WL 5290360 (S.D.N.Y. Oct. 26, 2012). After reviewing the Report, I agree with that Report in full and conclude that it is not clearly erroneous in any respect.

      Accordingly, I adopt Judge Maas's Report & Recommendation in its entirety. Plaintiff's motion for attorney's fees and costs is granted in the amount of $26,338.98, to be charged against the interpleader fund. The Clerk of Court is instructed to close this motion (Docket #64) and remove it from my docket.

**SO ORDERED.**

Date: 8/7/13
New York, New York

                                      HAROLD BAER, JR.
                                      United States District Judge